[No. 1481–3; 1482–3.   Division Three.   March 11, 1977.]

JAMES W. CULVERWELL, ET AL, *Respondents,* v. JOSEPH SETY, JR., ET AL, *Appellants.*

JOSEPH M. SETY, JR., *Appellant,* v. ROLLAND MILLAY, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Stevens County, Nos. 18836, 18976, Sidney R. Buckley, J., entered February 28, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2022–3.   Division Three.   March 11, 1977.]

*In the Matter of the Welfare of*
LYNN ELIONE LIVELY.

Certiorari to review a judgment of the Superior Court for Walla Walla County, No. 64471, John C. Tuttle, J., entered June 10, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2000–3.   Division Three.   March 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS ARAMBUL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19775, Walter A. Stauffacher, J., entered May 27, 1976. *Affirmed* by unpublished per curiam opinion.